**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Eastern_ District of _New York_
(State)

Case number (*if known*): _____ Chapter _____

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | _152 Miller Avenue     Corporation_ |

| | |
|---|---|
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. Debtor's federal Employer Identification Number (EIN) | _99 - 0740390_ |

4. Debtor's address

**Principal place of business**

_152 Miller Ave_
Number      Street

_Amityville, NY   11701_
City              State    ZIP Code

_Suffolk_
County

**Mailing address, if different from principal place of business**

_____
Number      Street

P.O. Box _____

_____
City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City              State    ZIP Code

5. Debtor's website (URL) _____

Debtor  152 Miller Avenue Corporation                          Case number (if known)_____
        Name

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  152 Miller Avenue Corporation
    Name

Case number (if known)_____

| | | |
|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. |     MM / DD / YYYY |
| | |     District _____ When _____ Case number _____ |
| | |     MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. |     District _____ When _____ |
| | |     MM / DD / YYYY |
| | |     Case number, if known _____ |

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

        **Why does the property need immediate attention?** *(Check all that apply.)*

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

          What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____

          Number        Street

          City                State ZIP Code

        **Is the property insured?**

        ☐ No

        ☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

**Statistical and administrative information**

Debtor  152 Miller Avenue Corporation          Case number (if known)_____
        Name

| | |
|---|---|
| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/06/2024
         MM / DD / YYYY

X _Herman Monroe_                    _Herman Monroe_
Signature of authorized representative of debtor     Printed name

Title _President_

---

Debtor    152 Miller Avenue Corporation                    Case number (if known)_____
          Name

18. **Signature of attorney**    ✗ _____    Date    _____
                                   Signature of attorney for debtor                    MM  / DD / YYYY

                                   _____
                                   Printed name

                                   _____
                                   Firm name

                                   _____
                                   Number        Street

                                   _____    _____    _____
                                   City                                     State      ZIP Code

                                   _____    _____
                                   Contact phone                          Email address

                                   _____    _____
                                   Bar number                             State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): 152 Miller Avenue Corporation _____ CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____ [If closed] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____ [If closed] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

[OVER]

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____ *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASES: _____

_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days
may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any
time, except as indicated elsewhere on this form.

_____          *Herman Monroe*
Signature of Debtor's Attorney            Signature of Pro-se Debtor/Petitioner

                                          *152 Miller Ave*
                                          Mailing Address of Debtor/Petitioner

                                          *Amityville, NY   11701*
                                          City, State, Zip Code

                                          *hermanmonroe@msn.com*
                                          Email Address

                                          *631-446-8058*
                                          Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor
or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment
of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may
otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------x
```
In Re: 152 Miller Avenue Corporation

Case No.

Chapter 7

Debtor(s)
```
-----------------------------------------x
```

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 02\06\2024

_Herman Monroe_
Debtor

_____
Joint Debtor

s/_____
Attorney for Debtor

USBC-44                                           Rev. 11/15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re: 152 Miller Avenue Corporation       Case No.
                                           Chapter 7

                        Debtor(s)
-------------------------------------------------------------x

## DECLARATION OF PRO SE DEBTOR(S)

All individuals filing for bankruptcy pro se (without an attorney), must provide the following information:

Name of Debtor(s):  152 Miller Avenue Corporation
Address:            152 Miller Ave Amityville, NY  11701
Email Address:      hermanmonroe@msn.com
Phone Number:       631-466-8058

CHECK THE APPROPRIATE RESPONSES:

FILING FEE:

____X PAID THE FILING FEE IN FULL

____APPLIED FOR INSTALLMENT PAYMENTS OR WAIVER OF THE FILING FEE

PREVIOUS CASES FILED: 1._____ 2._____ 3._____

ASSISTANCE WITH PAPERWORK:

____X NO ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

____HAD ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

If Debtor had assistance, the following information must be completed:

    Name of individual who assisted:  _____
    Address:                          _____
    Phone Number:                     (____) _____
    Amount Paid for Assistance:       $_____

I/We hereby declare the information above under the penalty of perjury.

Dated: 2/6/2024                    _Herman Monroe_
                                   Debtor's Signature

                                   _____
                                   Joint Debtor's Signature

Fill in this information to identify the case and this filing:

Debtor Name  *152 Miller Avenue Corporation*

United States Bankruptcy Court for the: *Eastern* District of *New York*
(State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *02/06/2024*          ✗ *Herman Monroe*
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        *Herman    Monroe*
                                        Printed name

                                        *President*
                                        Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name __152 Miller Avenue Corporation__

United States Bankruptcy Court for the: __Eastern__ District of __New York__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name __PHH Mortgage__ | Describe debtor's property that is subject to a lien __Single Family Residence__ | $ 700,000 | $ 275,000 |

Creditor's mailing address
__P.O. Box 5452__
__Mount Laurel, NJ 08054__

Creditor's email address, if known _____

Describe the lien __1st Mortgage__

Is the creditor an insider or related party?
☒ No  ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number __6 5 7 7__

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** Creditor's name _____ | Describe debtor's property that is subject to a lien _____ | $ _____ | $ _____ |

Creditor's mailing address _____

Creditor's email address, if known _____

Describe the lien _____

Is the creditor an insider or related party?
☐ No  ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $ 700,000

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of ___

Debtor  152 Miller Avenue Corporation          Case number (if known)_____
        Name

| | Column A | Column B |
|---|---|---|

**Part 1:**  **Additional Page**

Column A — Amount of claim. Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__  Creditor's name**

Describe debtor's property that is subject to a lien

$_____    $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
    ❑ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ❑ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**2.__  Creditor's name**

Describe debtor's property that is subject to a lien

$_____    $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
    ❑ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ❑ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page ___ of ___

Debtor  152 Miller Avenue Corporation                    Case number (if known) _____
        Name

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D            Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property            page ___ of ___

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for 152 MILLER AVENUE CORPORATION, File Number ████████210 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 17, 2024.

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100005020408 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

CERTIFICATE OF INCORPORATION
OF
152 MILLER AVENUE CORPORATION
Under Section 402 of the Business Corporation Law

FIRST:      The Name of the corporation is: **152 MILLER AVENUE CORPORATION**

SECOND:     This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

THIRD:      The county, within this state, in which the office of the corporation is to be located is **SUFFOLK**

FOURTH:     The total number and value of shares of common stock which the corporation shall have authority to issue is **200 SHARES WITH NO PAR VALUE**

FIFTH:      The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery is:
**THE CORPORATION
152 MILLER AVE
AMITYVILLE, NY 11701**

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

HERMAN MONROE JR (Signature)
-------------------------------------------------

**HERMAN MONROE JR, INCORPORATOR
152 MILLER AVE
AMITYVILLE, NY 11701**

Filed by:

**HERMAN MONROE JR
152 MILLER AVE
AMITYVILLE, NY 11701**

Filed with the NYS Department of State on 01/17/2024
Filing Number: 240117004210 DOS ID: 7231269

 DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH   45999-0023

Date of this notice:  01-16-2024

Employer Identification Number:
99-0740390

Form:  SS-4

Number of this notice:  CP 575 G

HERMAN MONROE JR
152 MILLER AVENUE
152 MILLER AVE
AMITYVILLE, NY  11701

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 99-0740390.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election,* and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation.*  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

(IRS USE ONLY)     575G              01-16-2024   MONR  O  9999999999  SS-4

**IMPORTANT REMINDERS:**

*   Keep a copy of this notice in your permanent records. This notice is issued only
    one time and the IRS will not be able to generate a duplicate copy for you. You
    may give a copy of this document to anyone asking for proof of your EIN.

*   Use this EIN and your name exactly as they appear at the top of this notice on all
    your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

*   Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is MONR.  You will need to provide this
information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer
Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by
visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM
(800-829-3676).

If you have questions about your EIN, you can contact us at the phone number
or address listed at the top of this notice. If you write, please tear off the
stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

                    Keep this part for your records.        CP 575 G (Rev. 7-2007)

--------------------------------------------------------------------------------

    Return this part with any correspondence
    so we may identify your account.  Please                        CP 575 G
    correct any errors in your name or address.
                                                                9999999999


    Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  01-16-2024
    (     )      -                              EMPLOYER IDENTIFICATION NUMBER:  99-0740390
    _____   _____      FORM:  SS-4              NOBOD


    INTERNAL REVENUE SERVICE                    HERMAN MONROE JR
    CINCINNATI  OH   45999-0023                 152 MILLER AVENUE
     lılılılllllılıllılıllııllıllııllılılılılıl 152 MILLER AVE
                                                AMITYVILLE, NY  11701

# NEW YORK STATE DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE
## FILING RECEIPT

| | |
|---|---|
| **ENTITY NAME :** | 152 MILLER AVENUE CORPORATION |
| **DOCUMENT TYPE :** | CERTIFICATE OF INCORPORATION |
| **ENTITY TYPE :** | DOMESTIC BUSINESS CORPORATION |

| | |
|---|---|
| **DOS ID :** | ███ |
| **FILE DATE :** | 01/17/2024 |
| **FILE NUMBER :** | ███210 |
| **TRANSACTION NUMBER :** | ███003715-██7297 |
| **EXISTENCE DATE :** | 01/17/2024 |
| **DURATION/DISSOLUTION :** | PERPETUAL |
| **COUNTY :** | SUFFOLK |

**SERVICE OF PROCESS ADDRESS :**  THE CORPORATION
152 MILLER AVE,
AMITYVILLE, NY, 11701, USA

**ELECTRONIC SERVICE OF PROCESS**
**EMAIL ADDRESS :**  N/A

**FILER :**  HERMAN MONROE JR
152 MILLER AVE,
AMITYVILLE, NY, 11701, USA

*You may verify this document online at :*  *http://ecorp.dos.ny.gov*
**AUTHENTICATION NUMBER :**  ███0407

| | | | |
|---|---|---|---|
| TOTAL FEES: | $140.00 | TOTAL PAYMENTS RECEIVED: | $140.00 |
| FILING FEE: | $125.00 | CASH: | $0.00 |
| CERTIFICATE OF STATUS: | $0.00 | CHECK/MONEY ORDER: | $0.00 |
| CERTIFIED COPY: | $10.00 | CREDIT CARD: | $140.00 |
| COPY REQUEST: | $5.00 | DRAWDOWN ACCOUNT: | $0.00 |
| EXPEDITED HANDLING: | $0.00 | REFUND DUE: | $0.00 |

CC # :  **C24-4428**



# COUNTY CLERK'S OFFICE
### STATE OF NEW YORK
COUNTY OF SUFFOLK

The Clerk of the County of Suffolk and  the  Court of Record thereof  do hereby certify that I have compared the annexed  with  the  original

**DEED**

recorded in my office on **01/30/2024**        under Liber  **D00013234**  and Page  **455**   and, that the same  is  a  true  copy  thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said  County and Court this **01/30/2024**              .

SUFFOLK COUNTY CLERK

VINCENT PULEO

SEAL





**SUFFOLK COUNTY CLERK**
**RECORDS OFFICE**
**RECORDING PAGE**

Type of Instrument: DEED                          Recorded:     01/30/2024
Number of Pages: 4                                At:           11:04:37 AM
Receipt Number : 24-0012636
**TRANSFER TAX NUMBER: 23-18383**                 **LIBER:**      D00013234
                                                  **PAGE:**       455

District:          Section:          Block:            Lot:
0100               123.00            01.00             045.012
                   EXAMINED AND CHARGED AS FOLLOWS
Deed Amount:                         $0.00

Received the Following Fees For Above Instrument
                                Exempt                                    Exempt
   Page/Filing      $20.00       NO    Handling         $20.00           NO
   COE              $5.00        NO    NYS SRCHG         $15.00           NO
   EA-CTY           $5.00        NO    EA-STATE          $125.00          NO
   TP-584           $5.00        NO    Notation         $0.00            NO
   Cert.Copies      $5.00        NO    RPT              $200.00          NO
   Transfer tax     $0.00        NO
                                       Fees Paid         $400.00
TRANSFER TAX NUMBER: 23-18383
                   THIS PAGE IS A PART OF THE INSTRUMENT
                        THIS IS NOT A BILL

                        VINCENT PULEO
                        County Clerk, Suffolk County

**1** **2**

Number of pages    4

RECORDED
2024 Jan 30 11:04:37 AM
VINCENT PULEO
CLERK OF
SUFFOLK COUNTY
L D000013234
P 455
DT# 23-18383

**This document will be public record. Please remove all Social Security Numbers prior to recording.**

| Deed / Mortgage Instrument | Deed / Mortgage Tax Stamp | Recording / Filing Stamps |
|---|---|---|

**3** FEES

| | | |
|---|---|---|
| Page / Filing Fee | 20. 00 | |
| Handling | 20. 00 | |
| TP-584 | 5. — | |
| Notation | | |
| EA-52 17 (County) | 5. — | Sub Total  30.— |
| EA-5217 (State) | 125.— | |
| R.P.T.S.A. | 200 | |
| Comm. of Ed. | 5. 00 | |
| Affidavit | | |
| Certified Copy | 5 00 | |
| NYS Surcharge | 15. 00 | Sub Total  350.— |
| Other | | Grand Total  400.— |

Mortgage Amt. _____

1. Basic Tax _____
2. Additional Tax _____
Sub Total _____
Spec./Assit.
   or
Spec. /Add. _____
TOT. MTG. TAX _____
   Dual Town _____ Dual County_____
   Held for Appointment _____
Transfer Tax _____
Mansion Tax _____

The property covered by this mortgage is or will be improved by a one or two family dwelling only.

   YES _____ or NO _____

If NO, see appropriate tax clause on page # _____ of this instrument.

# 810    1-18-24

**4** Dist.    Se    **24003945**    0100 12300 0100 045012

Real Property Tax Service Agency Verification

R P T S A
RAK
30-JAN-24

**5** **Community Preservation Fund**

Consideration Amount $ _____

CPF Tax Due    $ _____

Improved  Resid

Vacant Land _____

TD _____
TD _____
TD _____

**6** Satisfactions/Discharges/Releases List Property Owners Mailing Address
**RECORD & RETURN TO:**

Herman Monroe JR
152 miller Ave
Amityville NY 11701

Mail to: Vincent Puleo, Suffolk County Clerk
310 Center Drive, Riverhead, NY 11901
www.suffolkcountyny.gov/clerk

**7** **Title Company Information**

Co. Name

Title #

**8** # Suffolk County Recording & Endorsement Page

This page forms part of the attached _____ **DEED** _____ made by:
(SPECIFY TYPE OF INSTRUMENT)

Herman Monroe JR

The premises herein is situated in
SUFFOLK COUNTY, NEW YORK.

TO

Herman Monroe JR
152 miller Ave Corp.

In the TOWN of _____ Babylon

In the VILLAGE

or HAMLET of _____ Amityville

**BOXES 6 THRU 8 MUST BE TYPED OR PRINTED IN BLACK INK ONLY PRIOR TO RECORDING OR FILING.**

12-0104.10/08kk

(over)

— Quitclaim Deed — Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the _____18th_____ day of JANUARY in the year 2024

**BETWEEN**

HERMAN MONROE, JR., Residing at: 152 Miller Avenue, Amityville, New York 11701

party of the first part, and HERMAN MONROE, JR. Residing at 152 Miller Avenue, Amityville, New York 11701
and 152 MILLER AVENUE CORPORATION having an office at 152 Miller Avenue, Amityville, New York 11701

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of TEN AND 00.100 paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE ATTACHED SCHEDULE "A" DESCRIPTION

Being the same premises conveyed to party of the first part by instrument recorded April 4, 2006 in Liber 12443 pg 819.

Premises known as: 152 MILLER AVENUE, AMITYVILLE, NEW YORK
DISTRICT: 0100 SECTION: 123.00 BLOCK: 01.00 LOT: 045.012

**TOGETHER** with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_Herman Monroe_
HERMAN MONROE JR.

## Schedule A Description

ALL that certain plot, piece or parcel of land, situate, lying and being in the Town of Babylon, County of Suffolk and State of New York, bounded and described as follows:

BEGINNING at a point on the Northeasterly side of Miller Avenue, distant 623.24 feet Northerly from the corner formed by the intersection of the Northeasterly side of Miller Avenue with the Northerly side of Sylvia Court;

RUNNING THENCE along the Northeasterly side of Miller Avenue, North 30 degrees 35 minutes 40 seconds East, 80 feet;

RUNNING THENCE North 88 degrees 57 minutes 40 seconds East, 212.02 to land now or formerly of the Town of Babylon;

RUNNING THENCE along land now or formerly of the Town of Babylon South 30 degrees 35 minutes 40 seconds West, 80 feet;

RUNNING THENCE 88 degrees 57 minutes 40 seconds West, 212.02 feet to the Northeasterly side of Miller Avenue, to the point or place of BEGINNING.

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of SUFFOLK, ss: | State of New York, County of        , ss: |
| On the _18th_ day of JANUARY in the year 2024, before me, the undersigned, personally appeared HERMAN MONROE, JR., personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the        day of        in the year        , before me, the undersigned, personally appeared        , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |

NOTARY PUBLIC

*McLean Audrey Ann*
*Notary Public state of New York*
*NO.01mc6132024*
*Qualified in Suffolk County*
*Commission Expires 8/22/2025*

NOTARY PUBLIC

| ACKNOWLEDGEMENT OF SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE |
|---|---|
| State of New York, County of        , ss: | State of        , County of        , ss: |
| On the        day of        in the year        , before me, the undersigned, a Notary Public in and for said State, personally appeared        , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in        (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)        to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said        execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto. | On the        day of        in the year        , before me, the undersigned personally appeared        personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the        (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |

NOTARY PUBLIC

NOTARY PUBLIC

# Quitclaim Deed

**HERMAN MONROE JR.**
**TO**
**HERMAN MONROE JR. AND 152 MILLER AVENUE**
**CORPORATION**

COUNTY: SUFFOLK

TOWN/CITY: AMITYVILLE

PROPERTY ADDRESS: 152 MILLTER AVENUE

SECTION: 123.00

BLOCK: 01.00

LOT: 045.012

**Title Company:**

**Title Number:** ▮▮▮▮▮

THIS FORM IS DISTRIBUTED BY

JUDICIAL TITLE
T: 800-281-TITLE    F: 800-FAX-9396

**RETURN BY MAIL TO:**

HERMAN MONROE , JR.
152 MILLER AVENUE
AMITYVILLE, NEW YORK 11701